1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2722

SEALEFILED

NOV 14 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   In re Search Warrant,          )      Misc no.
10                                 )
        SBC Internet Services,     )      2:05 - SW - 0 2 4 9   DAD
11                                 )
12      MSN Hotmail,               )      ORDER
                                   )                    )
13                                 )
        8000 Pocket Road,          )
14      Sacramento, CA.            )
                                   )
15          [sealed]               )
                                   )
16  _____ )

17      The Court hereby orders that the Affidavit to the Search

18  Warrants, as well as this Application for Sealing Order,

19  Declaration in Support Thereof, and Order in the above-referenced

20  case, shall be sealed until further order of the Court.

21  DATED:  November 14, 2005

22                                        _____
                                          HON. DALE A. DROZD
23                                        U.S. Magistrate Judge

24

25

26

27

28

3