MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

**FILED**

MAR 2 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant,<br><br>  SBC Internet Services,<br><br>  MSN Hotmail,<br><br>  8000 Pocket Road,<br>  Sacramento, CA. | Misc. No. 2:05-SW-0249 DAD<br><br>ORDER |

Petition having been made to the Court to unseal the above named Search Warrant Application, supporting Affidavit, and accompanying Order, and the Court having considered the petition and finding good cause therefor;

IT IS HEREBY ORDERED that the Search Warrant Application, supporting Affidavit, and accompanying Order be unsealed.

DATED: March 29, 2006

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

3